**Order entered September 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00810-CV**

**IN RE AURELIA HEPPNER**, **Relator**

**Original Proceeding from the 330th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-21273**

**ORDER**
Before Justice Schenck, Nowell, and Garcia

Before the Court is relator's September 20, 2021 petition for writ of mandamus and emergency motion to stay the interviews scheduled for Monday, September 27, 2021. The petition, record, and motion contain unredacted sensitive information, including the minor's name and birth date, in violation of Rule 9.9 of the Texas Rules of Appellate Procedure.

Accordingly, we **STRIKE** the petition, the record, and the motion and grant relator leave to re-file a compliant petition, record, and motion on or before 10 a.m., Friday, **September 24, 2021**. We **CAUTION** relator that failure to re-file the

petition and motion as permitted by this order may result in the dismissal of this cause without further notice.

/s/   David J. Schenck
       JUSTICE